In the Matter of JOHN M. WOOD, Petitioner, against BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— In a proceeding to review a determination pursuant to article 78 of the Civil Practice Act, determination of respondent dismissing petitioner from his position as a teacher of swimming reversed on the law, with fifty dollars costs and disbursements to petitioner, and the matter remitted to the Board of Education of the City of New York with instructions to make findings of fact in support of whatever determination it may reach upon the evidence, with leave to the parties to introduce further evidence upon another hearing, if another hearing be had. The report of the trial committee did not include findings of fact, so that, in adopting the report without making findings of fact of its own, the dismissal was not predicated upon any factual basis. (*Matter of Elite Dairy Products* v. *Ten Eyck,* 271 N. Y. 488; *N. Y. Water Service Corp.* v. *Water P. & C. Comm.,* 283 N. Y. 23; *Matter of Guernsey Breeders Co-Op.* v. *Noyes,* 284 N. Y. 197; *Matter of Collins* v. *Behan,* 285 N. Y. 187; *Matter of French* v. *Livingston,* 261 App. Div. 1049.) Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.

ADELAIDE M. PIERCE, Respondent, v. CITY OF NEW YORK, Appellant, et al., Defendants.— Action to recover damages for personal injuries sustained in a collision between appellant's truck and an automobile in which respondent was a passenger. Judgment in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Close, P. J., Carswell, Johnston, Adel and Aldrich, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CITY OF YONKERS, Appellant.— Action to recover fines imposed and collected by the city of Yonkers on informations alleging violation of subdivision 1 of section 14 of the General Highway Traffic Law. Defendant appeals from so much of an order entered upon plaintiff's motion for summary judgment as granted judgment to the plaintiff in the amount of $5,297, with interest, and from the judgment entered thereon. Order and judgment, insofar as appealed from, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ. [177 Misc. 406.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. IVANHOE COURT, INC., Appellant, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents.— Order dismissing upon the merits a certiorari proceeding under the Tax Law for the review of an assessment upon real property unanimously affirmed, with fifty dollars costs and disbursements. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Aldrich, JJ.

## (April 11, 1944.)

SIMON CUTTER, Respondent, et al., Plaintiffs, v. CHARLES ENEU JOHNSON & COMPANY, Appellant.— In an action to recover damages for personal injuries, order setting aside the verdict of the jury in favor of the respondent on the ground of inadequacy and ordering a new trial, insofar as appealed from unanimously affirmed, with costs to abide the event. No opinion. Present — Hagarty, Acting P. J., Carswell, Adel, Lewis and Aldrich, JJ.